AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| Vincent Lucas | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  2:18-cv-582 |
| Tricia Moore, et al. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   The Court denies Plaintiff's Motions for Summary Judgment and Motion for Leave to Amend.  The Court
grants Defendants' Motions for Summary Judgment.
.

This action was *(check one)*:

❏   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏   tried by Judge _____ without a jury and the above decision
was reached.

❏   decided by Judge _____ on a motion for
.

Date:   9/12/19 _____          CLERK OF COURT

_____
*Signature of Clerk or Deputy*